IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL McDADE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____/ | No. C 96-03458 SI<br><br>**ORDER RE: MINOR'S CLAIMS**<br>**[EDWARD HAMPTON]** |

On November 22, 1999, Gennice Staten filed a petition, as guardian of her son Edward Hampton, for approval of a proposed compromise of Mr. Hampton's claims against defendants in this now-closed case. Doc. 75. On November 23, 1999, the Court approved the settlement and ordered that the settlement funds be deposited in a "blocked" account at a federally insured commercial bank. Doc. 78. The Court also ordered that Ms. Staten not make any withdrawal from the bank account without first obtaining authorization of the Court.

On February 1, 2011, Ms. Staten filed a request with the Court, asking that the funds in the account be released to her. Doc. 82. Ms. Staten attached the death certificate of Edward Hampton, which listed her as his mother and indicated that Mr. Hampton was shot and killed on November 6, 2010, before he turned eighteen. *Id.*

For the foregoing reasons and for good cause shown, the Court hereby GRANTS Ms. Staten's request. The funds in Wells Fargo Account No. xxx-xxx 5020, established in the name Edward Hampton by trustee Gennice Staten, shall be released to Gennice Staten upon her request and upon showing this Court Order.

**IT IS SO ORDERED.**

Dated: February 22, 2011

                                                                                 SUSAN ILLSTON<br>
                                                                                 United States District Judge